In re Strasner, Sheldon et al.; Solie, Greg; Baechle, Patricia; Calamia, Brandy; Marshall, Mindy; Guy, Wendy; Dees, Allison; Pere, Clay; Smith, Kristi; Thibo-deaux, Mandy; Dixon, Emily; Marshall, Angie, Faul, Grant; Callahan, Brianne; Metz, Angie; — Plaintiff(s); Applying for Writ of Certiorari and/or Review, Parish of E. Baton Rouge, 19th Judicial District Court Div. M, No. 445,662; to the Court of Appeal, First Circuit, Nos. 99 CA 1099, 99 CA 1100.
Denied.